BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 2:13-CR-0125 TLN |
| Plaintiff, ) | |
| ) | |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | |
| MARCUS BUCKLEY, and ) | |
| KIMBERLY JONES, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

For the reasons stated above, the government's request to withdraw the bench warrants issued on April 10, 2013, is granted. IT IS SO ORDERED.

Dated: April 12, 2013.                    _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE