BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARCUS BUCKLEY, et. al.,<br><br>　　　　　　　　Defendants. | CASE NO.  CR. S-13-125 TLN<br><br>STIPULATION  REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendants, by and through his/her counsel of record, hereby stipulate as follows:

　　　　1.　　Defendant Jones first appeared before a judicial officer in this Court on May 3, 2013. Defendant Buckley first appeared before a judicial officer in this Court on May 8, 2013.

　　　　2.　　For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time periods from May 3, 2013, through September 25, 2014, have been previously deemed excludable by judicial officers of this Court pursuant to 18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4].

　　　　3.　　On July 7, 2014, Scott Cameron substituted in as new counsel for defendant Buckley. This matter is presently set for status conference on September 25, 2014.

STIPULATION RE: EXCLUDABLE TIME PERIODS;] ORDER

1

4. By this stipulation, defendants now move to continue the status conference until December 11, 2014, at 9:30 a.m., and to exclude time under Local Code T4 between September 25, 2014 and December 11, 2014.  Plaintiff does not oppose this request.

5. The parties agree and stipulate, and request that the court find the following:

   a. The government has represented that there is substantial discovery associated with the case which includes investigative reports and related documents in electronic form (approximately 7256 pages).  All of this discovery was produced directly to counsel.

   b. Counsel for defendants desire additional time to consult with his/her client, to review the current charges, to conduct investigation related to the charges, to review discovery for this matter, and to otherwise prepare for potential resolution of this matter and/or trial.  As noted previously, counsel for defendant Buckley has just recently joined the case and is still conducting his preliminary investigation and review of the discovery.

   c. Counsel for each defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Counsel for defendants have specifically discussed all of the contents of this stipulation with his/her respective client and represents that his/her client concurs with the contents of this stipulation.

   f. Defendant Buckley and Jones have specifically discussed all of the contents of this stipulation with his/her counsel and represents that he/she concurs with the contents of this stipulation.

   g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

    h.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of September 25, 2014 to December 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4] because it results from a continuance granted by the judge at defendants' request on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  18 September 2014      BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Tice-Raskin
                 By:  S. ROBERT TICE-RASKIN
                 Assistant United States Attorney

DATED:  18 September 2014      /s/ Scott Cameron
                 SCOTT CAMERON
                 Counsel for Defendant Buckley

DATED: 18 September 2014      /s/ Clyde Blackmon
                 CLYDE BLACKMON
                 Counsel for Defendant Jones

<u>O R D E R</u>

IT IS SO FOUND AND ORDERED this 20th day of September, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: EXCLUDABLE TIME PERIODS;] ORDER   3