Scott N. Cameron (SBN: 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
(916)769-8842

Attorney for Defendant
Marcus Buckley

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY, and<br>KIMBERLY JONES,<br><br>            Defendants. | CASE NO.  2:13-CR-00125 TLN<br><br>**STIPULATION  REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through his/her counsel of record, hereby stipulate as follows:

1.     This matter is presently set for status conference on December 11, 2014.  By this stipulation, defendants now move to continue the status conference until February 26, 2015, at 9:30 a.m., and to exclude time under Local Code T4 between December 11, 2014, and February 26, 2015. Plaintiff does not oppose this request.

2.     Defendant Jones first appeared before a judicial officer in this Court on May 3, 2013. Defendant Buckley first appeared before a judicial officer in this Court on May 8, 2013.

3.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time periods from May 3, 2013, through December 11, 2014, have been previously deemed excludable by judicial officers of this Court pursuant to 18 U.S.C.

STIPULATION RE: EXCLUDABLE TIME
PERIODS; ORDER                                                    1

1 § 3161(h)(7)(A) and B (iv) [Local Code T4].

2     4.    On July 7, 2014, Scott Cameron substituted in as new counsel for defendant Buckley.

3     5.    The parties agree and stipulate, and request that the court find the following:

    a.    The government has represented that there is substantial discovery associated with the case which includes investigative reports and related documents in electronic form (approximately 7256 pages). All of this discovery was produced directly to counsel.

    b.    Counsel for defendants desire additional time to consult with his/her client, to review the current charges, to conduct investigation related to the charges, to review discovery for this matter, and to otherwise prepare for potential resolution of this matter and/or trial. As noted previously, counsel for defendant Buckley has just recently joined the case and is still conducting his preliminary investigation and review of the discovery.

    c.    Counsel for each defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Counsel for defendants have specifically discussed all of the contents of this stipulation with his/her respective client and represents that his/her client concurs with the contents of this stipulation.

    f.    Defendant Buckley and Jones have specifically discussed all of the contents of this stipulation with his/her counsel and represents that he/she concurs with the contents of this stipulation.

    g.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

    h.    For the purpose of computing time under the Speedy Trial Act, 18

STIPULATION RE: EXCLUDABLE TIME PERIODS; ORDER     2

U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2014 to February 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and B (iv) [Local Code T4] because it results from a continuance granted by the judge at defendants' request on the basis of the judge's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  December 4, 2014                        BENJAMIN B. WAGNER
                                                United States Attorney

                                                 /s/ Michael Beckwith
                                                 By:  MICHAEL BECKWITH
                                                 Assistant United States Attorney

DATED:  December 4, 2014                         /s/ Scott Cameron
                                                 SCOTT CAMERON
                                                 Counsel for Defendant Buckley

DATED: December 4, 2014                          /s/ Clyde Blackmon
                                                 CLYDE BLACKMON
                                                 Counsel for Defendant Jones

ORDER

IT IS SO FOUND AND ORDERED this 4th day of December, 2014.

                                                 [signature]
                                                 Troy L. Nunley
                                                 United States District Judge

STIPULATION RE: EXCLUDABLE TIME                   3
PERIODS; ORDER