SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00125 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| MARCUS BUCKLEY and KIMBERLY JONES, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, and KIMBERLY JONES, by and through her counsel of record, Clyde Blackmon, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 26, 2015, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference to April 23, 2015, at 9:30 a.m., and to exclude time between February 26, 2015, and April 23, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a.  The government has produced discovery to the defense in this case which consists of over 8,000 pages of documents.

b.  Respective counsel for each defendant desires additional time to review the document discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c.  The government does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 26, 2015, to April 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /                              (This Space Intentionally Left Blank)

/ / /

/ / /

/ / /

/ / /

/ / /

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      February 24, 2015          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Michael Beckwith
                                       Michael Beckwith
                                       Assistant United States Attorney

DATED:      February 24, 2015


                                       /s/ Scott Cameron
                                       SCOTT N. CAMERON
                                       Counsel for MARCUS BUCKLEY

DATED:      February 24, 2015


                                       /s/ Clyde Blackmon
                                       CLYDE BLACKMON
                                       Counsel for KIMBERLY JONES


**O R D E R**

IT IS SO FOUND AND ORDERED this 24th day of February, 2015.


                                       _____
                                       Troy L. Nunley
                                       United States District Judge