1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-769-8842

4
   Attorney for:
5  MARCUS BUCKLEY

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO.  2:13-CR-00125 TLN

12                        Plaintiff,    **STIPULATION REGARDING**
                                        **EXCLUDABLE TIME PERIODS**
13  v.                                  **UNDER SPEEDY TRIAL ACT;**
                                        **FINDINGS AND ORDER**
14  MARCUS BUCKLEY and
    KIMBERLY JONES,
15
                          Defendants,
16

17

18                          **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, defendant

20  MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, and KIMBERLY

21  JONES, by and through her counsel of record, Clyde Blackmon, hereby stipulate as follows:

22      1.      By previous order, this matter was set for a status conference on April 23, 2015, at

23  9:30 a.m.

24      2.      By this stipulation, defendants now move to continue the status conference to June 4,

25  2015, at 9:30 a.m., and to exclude time between April 23, 2015, and June 4, 2015, under Local Code

26  T4.  Plaintiff does not oppose this request.

27

28      3.      The parties agree and stipulate, and request that the Court find the following:

                                       1

a.      The government has produced discovery to the defense in this case which consists of over 8,000 pages of documents.

b.      Respective counsel for each defendant desires additional time to review the document discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c.      The government does not object to the continuance.

d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2015, to June 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

 / / /

/ / /                              (This Space Intentionally Left Blank)

/ / /

/ / /

/ / /

/ / /

/ / /

2

     4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


DATED:      April 20, 2015                 BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Michael Beckwith
                                           Michael Beckwith
                                         Assistant United States Attorney


DATED:      April 20, 2015

                                           /s/ Scott Cameron
                                         SCOTT N. CAMERON
                                         Counsel for MARCUS BUCKLEY


DATED:      April 20, 2015

                                           /s/ Clyde Blackmon
                                         CLYDE BLACKMON
                                         Counsel for KIMBERLY JONES


**O R D E R**


     IT IS SO FOUND AND ORDERED this 20th day of April, 2015.


                                         Troy L. Nunley
                                         United States District Judge

3