SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00125 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| MARCUS BUCKLEY and KIMBERLY JONES, | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, defendant MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, and KIMBERLY JONES, by and through her counsel of record, Clyde Blackmon, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 4, 2015, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference to August 27, 2015, at 9:30 a.m., and to exclude time between June 4, 2015, and August 27, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a.  The government has produced discovery to the defense in this case which consists of over 8,000 pages of documents.

b.  Respective counsel for each defendant desires additional time to review the document discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

c.  The government does not object to the continuance.

d.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2015, to August 27, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /          (This Space Intentionally Left Blank)

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 29, 2015         BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Michael Beckwith
                            Michael Beckwith
                            Assistant United States Attorney

DATED: May 29, 2015

                            /s/ Scott Cameron
                            SCOTT N. CAMERON
                            Counsel for MARCUS BUCKLEY

DATED: May 29, 2015

                            /s/ Clyde Blackmon
                            CLYDE BLACKMON
                            Counsel for KIMBERLY JONES

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of June, 2015.

Troy L. Nunley
United States District Judge

3