SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY,<br><br>　　　　　　　Defendant, | CASE NO.  2:13-CR-00125 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Michael Beckwith, and defendant MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 10, 2015, at 9:30 a.m.

2. By this stipulation, defendant now moves to continue the status conference to January 21, 2016, at 9:30 a.m., and to exclude time between December 10, 2015, and January 21, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

     a.     The government has produced discovery to the defense in this case which consists of over 8,000 pages of documents.

     b.     Defense counsel requires additional time to review discovery with his client and conduct investigation.  Thus defense counsel is requesting the additional time for counsel preparation.

     c.     The government does not object to the continuance.

     d.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

     e.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2015, to January 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

 / / /

/ / /                            (This Space Intentionally Left Blank)

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: December 8, 2015      BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Michael Beckwith
                             Michael Beckwith
                             Assistant United States Attorney

DATED: December 8, 2015

                             /s/ Scott Cameron
                             SCOTT N. CAMERON
                             Counsel for MARCUS BUCKLEY

**O R D E R**

IT IS SO FOUND AND ORDERED this 8th day of December, 2015.

Troy L. Nunley
United States District Judge

3