SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00125 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| MARCUS BUCKLEY et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Michael Beckwith, and defendant MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 2, 2016, at 9:30 a.m.

2. By this stipulation, defendant Buckley now moves to continue the status conference to June 16, 2016, at 9:30 a.m. Plaintiff does not oppose this request.

3. Counsel for defendant Buckley is presently engaged in jury trial in an unrelated case in the Superior Court of California, County of Sacramento (Case No. 14F03944) and requests the

1

continuance of the status conference due to unavailability caused by the unrelated trial.

4. Time under the speedy trial act has already been excluded in this matter to August 29, 2016. ECF No. 74.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 28, 2016        BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ Michael Beckwith_____
                           Michael Beckwith
                           Assistant United States Attorney

DATED: May 28, 2016


                           /s/ Scott Cameron
                           SCOTT N. CAMERON
                           Counsel for MARCUS BUCKLEY




**O R D E R**

IT IS SO FOUND AND ORDERED this 31st day of May, 2016.


                           _____
                           Troy L. Nunley
                           United States District Judge

2