SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY et. al.,<br><br>              Defendants, | CASE NO.  2:13-CR-00125 TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Michael Beckwith, and defendant MARCUS BUCKLEY, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on June 16, 2016, at 9:30 a.m.

2. By this stipulation, defendant Buckley now moves to continue the hearing to June 30, 2016, at 9:30 a.m. for a change of plea.[1]  Plaintiff does not oppose this request.

---

[1] Defense counsel for Mr. Buckley may be in trial on the June 30, 2016, in the Superior Court of California, County of Sacramento.  While it is not expected, if a scheduling conflict does occur, the parties will notify the instant Court prior to June 30, 2016.

1

3. Time under the speedy trial act has already been excluded in this matter to August 29, 2016.  ECF No. 74.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      June 9, 2016         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Michael Beckwith_____
                                 Michael Beckwith
                                 Assistant United States Attorney

DATED:      June 9, 2016


                                 /s/ Scott Cameron
                                 SCOTT N. CAMERON
                                 Counsel for MARCUS BUCKLEY


**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of June, 2016.



_____
Troy L. Nunley
United States District Judge

2