SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY,<br><br>                Defendant, | CASE NO.  2:13-CR-0125 TLN<br><br>**ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MARCUS BUCKLEY, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for October 13, 2016, may be continued to December 1, 2016, at 9:30 a.m.  Defense counsel needs additional time to accumulate documents and provide them to the Probation Officer prior to the preparation of the Presentence Investigation Report.  Moreover, the parties contemplated in the plea agreement that defendant may request a reasonable delay in sentencing to allow defendant to secure restitution funds prior to sentencing.  (ECF No. 86 at 3:4-6.) The parties further stipulate that the disclosure schedule may be modified as set forth below:

1

| | |
|---|---|
| Proposed Pre-Sentence Report Disclosed: | October 13, 2016 |
| Written Objections to Probation Officer: | October 27, 2016 |
| Pre-Sentence Report Filed with the Court: | November 3, 2016 |
| Motion for Correction to PSR: | November 10, 2016 |
| Reply or Statement of Non-Opposition: | November 17, 2016 |
| Judgment and Sentencing: | December 1, 2016, at 9:30 a.m. |

The United States Probation Department has been consulted about this continuance and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MARCUS BUCKLEY to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:   August 31, 2016            /s/Michael Beckwith
                                    Michael Beckwith
                                    Assistant United States Attorney

DATED:   August 31, 2016            /s/Scott Cameron
                                    Scott Cameron
                                    Attorney for Marcus Buckley

# O R D E R

IT IS SO ORDERED this 1st day of September, 2016.

_____
Troy L. Nunley
United States District Judge

2