SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0125 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| MARCUS BUCKLEY, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MARCUS BUCKLEY, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for December 1, 2016, may be continued to March 9, 2017, at 9:30 a.m. The parties contemplated in the plea agreement that defendant may request a reasonable delay in sentencing to allow defendant to secure restitution funds prior to sentencing. (ECF No. 86 at 3:4-6.) The defendant requires the delay of sentencing, in part, for that purpose. Moreover, the defense is requesting the delay to allow for preparation for the sentencing hearing which may involve arguments related to defendant's medical history.

The United States Probation Department has been consulted about this continuance and has

1

no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MARCUS BUCKLEY to sign and file it on his behalf.

IT IS SO STIPULATED.

DATED:	November 23, 2016		/s/Michael Beckwith
						Michael Beckwith
						Assistant United States Attorney

DATED:	November 23, 2016		/s/Scott Cameron
						Scott Cameron
						Attorney for Marcus Buckley

**O R D E R**

IT IS SO ORDERED this 28th day of November, 2016.

_____
Troy L. Nunley
United States District Judge