SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY,<br><br>　　　　　　Defendant, | CASE NO.  2:13-CR-0125 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MARCUS BUCKLEY, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for March 9, 2017, may be continued to May 11, 2017, at 9:30 a.m. The parties contemplated in the plea agreement that defendant may request a reasonable delay in sentencing to allow defendant to secure restitution funds prior to sentencing.  (ECF No. 86 at 3:4-6.) The defendant requires the delay of sentencing, in part, for that purpose.  Moreover, the defense is requesting the delay to allow for preparation for the sentencing hearing which may involve arguments related to defendant's medical history.

The United States Probation Department has been consulted about this continuance and has

no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MARCUS BUCKLEY to sign and file it on his behalf.

IT IS SO STIPULATED.

                                      Philip A. Talbert
                                      United States Attorney

DATED:   March 1, 2017          /s/Michael Beckwith
                                      Michael Beckwith
                                      Assistant United States Attorney

DATED:   March 1, 2017          /s/Scott Cameron
                                      Scott Cameron
                                      Attorney for Marcus Buckley

**O R D E R**

IT IS SO ORDERED this 1st day of March, 2017.

                                      Troy L. Nunley
                                      United States District Judge