SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0125 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| MARCUS BUCKLEY, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MARCUS BUCKLEY, by and through his counsel of record, hereby stipulate that judgment and sentencing, currently scheduled for June 15, 2017, may be continued to August 24, 2017, at 9:30 a.m. The parties contemplated in the plea agreement that defendant may request a reasonable delay in sentencing to allow defendant to secure restitution funds prior to sentencing. (ECF No. 86 at 3:4-6.) The defendant requires the delay of sentencing, in part, for that purpose. In addition, defendant's previously scheduled back surgery was delayed and is expected to occur in July of 2017. The surgery requires a modest recovery period. Lastly, the defense is requesting the delay to allow for preparation for the sentencing hearing which may involve arguments related to defendant's medical

1

history.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MARCUS BUCKLEY to sign and file it on his behalf.

IT IS SO STIPULATED.

                                                            Philip A. Talbert
                                                            United States Attorney

DATED:     June 13, 2017                /s/Michael Beckwith
                                                            Michael Beckwith
                                                            Assistant United States Attorney

DATED:     June 13, 2017                /s/Scott Cameron
                                                            Scott Cameron
                                                            Attorney for Marcus Buckley

**O R D E R**

IT IS SO ORDERED this 13th day of June, 2017.

                                                             Troy L. Nunley
                                                             United States District Judge