SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARCUS BUCKLEY,<br><br>　　　　　　　Defendant, | CASE NO. 2:13-CR-0125 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING; SETTING OF MOTION HEARING AND BRIEFING SCHEDULE** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant, MARCUS BUCKLEY, by and through his counsel of record, hereby stipulate to the following:

1. Judgment and sentencing, currently scheduled for August 24, 2017, may be continued to September 28, 2017, at 9:30 a.m.

2. It is anticipated that counsel for the defense will file a contested motion to continue the sentencing beyond September 28, 2017. As to that anticipated motion, the parties request a hearing date of September 21, 2017, and stipulate to the following briefing schedule:

    a. Counsel for the defense is to file the motion on or before September 7, 2017.

1

b. The government is to file an opposition brief, or statement of non-opposition, on or before September 14, 2017.

The Probation Department has been consulted about the continuance of sentencing to September 28, 2017, and has no objection.

Counsel for the government has reviewed this stipulation and proposed order and has authorized counsel for MARCUS BUCKLEY to sign and file it on his behalf.

IT IS SO STIPULATED.

Philip A. Talbert
United States Attorney

DATED: August 10, 2017  /s/Michael Beckwith
Michael Beckwith
Assistant United States Attorney

DATED: August 10, 2017  /s/Scott Cameron
Scott Cameron
Attorney for Marcus Buckley

**O R D E R**

IT IS SO ORDERED this 10th day of August, 2017.

Troy L. Nunley
United States District Judge