SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
MARCUS BUCKLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00125 TLN |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE SURRENDER DATE FOR MARCUS BUCKLEY** |
| v. | |
| MARCUS BUCKLEY et. al., | |
| Defendants, | |

**O R D E R**

UPON GOOD CAUSE SHOWN at the hearing on March 15, 2018, it is ordered that the Bureau of Prisons surrender date for MARCUS BUCKLEY, presently set for March 19, 2018, at Oakdale II FCI SCP, be continued to April 23, 2018, at Oakdale II FCI SCP.

IT IS SO FOUND AND ORDERED this 16th day of March, 2018.

Troy L. Nunley
United States District Judge

1